## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Lieber & Solow Ltd DBA Lands Superabrasives, Co., <br><br>                   Plaintiff, <br><br> v. <br><br> United States, <br><br>                   Defendant. | Court No. 21-00623 |

### **COMPLAINT**

Plaintiff, through its undersigned attorneys, does state and allege the following as its complaint in this action:

1. The Court has exclusive jurisdiction over this action under 28 U.S.C. § 1581(a).

2. This action rises out of the denial of Protest Number 4772-20-100684, which was timely filed on March 9, 2020.

3. Protest Number 4772-20-100684 was denied on July 7, 2021.

4. The summons in this case was timely filed on December 14, 2021, less than 180 days from the denial of the protest subject to this action.

5. The importer of record of the subject merchandise was Lieber & Solow Ltd DBA LANDS Superabrasives Co. (hereinafter "Lands").

6. All liquidated duties, charges, and exactions were paid prior to the commencement of this action.

7. The subject merchandise consists of industrial diamond superabrasives (hereinafter collectively referred to as "superabrasives"), of various size and shape grades which were

manufactured to meet specific technical specifications for use in various industries including aerospace, automobile, consumer hardware, electronics, medical, and construction.

8. The subject superabrasives were classified under subheading 2850.00.5000, HTSUS, which covers "hydrides, nitrides, azides, silicides and borides, whether or not chemically defined, other than compounds which are also carbides of heading 2849: Other," at a duty rate of 3.7% *ad valorem,* or subheading 7105.10.0050, HTSUS, which covers "Dust and powder of natural or synthetic precious or semi- precious stones: Other", at a free duty rate.

9. The subject merchandise was entered as country of origin China and, as a result, additional duties were paid at a rate of 25% *ad valorem* pursuant to subheading 9903.88.03, HTSUS.

10. The subject superabrasives were produced by Supertek SRL (hereinafter "Supertek") in Romania.

11. Supertek performed a proprietary production process that generally takes several months and requires qualifying industrial diamond crystals from China, cleaning and purifying the crystals to remove impurities, crushing the crystals, shape milling the crystals through several processes that involve sedimentation, elutriation, grading, sieving, and magnetically separating additional impurities.  Following these processes, the aggregate was further purified in an acid wash process, and where customer specifications required, electrolytic plating or coating with metal was also performed.  Finally, a quality control process examined the graded, cleaned and shaped superabrasives for impurities, size, and shape.  The superabrasives that passed the final quality control step were shipped to the customers.

12. The subject superabrasives were made to particular specifications for specific applications, and can be broadly grouped into the following seven categories:

| Product No. | Description/Name | Uses |
|---|---|---|
| STK600S | Ultra Fine Sized Synthetic Graded Industrial Diamond Superabrasives Micronpowder | Grinding, lapping, and polishing of cemented carbides, special steels, glass, natural stones and hard materials. |
| STK600 | Fine Sized Graded Synthetic Industrial Diamond Superabrasives Micronpowder | Polishing and lapping of ultra-hard materials such as precious and semi-precious stones, ceramics and hard alloys. |
| STK100S | Finer Than 80 Mesh Synthetic Industrial Diamond Superabrasives Powder | Polishing and lapping of optical items |
| STK126 NPC | Synthetic Industrial Diamond Superabrasives coated with Nickel or Copper (50%-60% by weight metal) | Dry grinding |
| STK103 N | Synthetic Industrial Diamond Superabrasives coated with Nickel (30% by weight metal) | High force grinding |
| STK126 CBN | Cubic Boron Nitride Superabrasives coated with Nickel or Copper (60% by weight metal) | Low pressure grinding with free cutting characteristics |
| STK50 | Purified Sorted Synthetic Industrial Diamond Superabrasives Powder | For applications on grind and drill tooling. |

13. When the superabrasives were used by Lands' customers they were embedded onto tools such as diamond polishing discs, grinding wheels, and lapping plates to allow for a wide array of high precision commercial grinding applications such as smoothing, chamfering, polishing, honing, and calibrating of materials, on materials such as glass, precision metal alloys for aerospace or automotive applications, or highly polished stone.

14. The industrial diamond crystals ("diamond crystals") from which the superabrasives were produced were grown in China.

15. The diamond crystals were grown using high temperature and high pressure applied to a carbon metal catalyst.

16. The diamond crystals contained impurities at the atomic level within the crystalline form of the diamond.

17. The impurities in the diamond crystals affected their heat conductivity and hardness.

18. The diamond crystals that were used to create the subject superabrasives could not be put to the same uses as the subject superabrasives.

19. The subject superabrasives were produced in Romania using diamond crystals from China as its primary raw material.

20. The diamond crystals were irregular in shape and size, and contained various metallic impurities imparted in the industrial diamond growing process.

21. When the diamond crystals were received in Romania, they were analyzed and sorted based on the size and shape of the crushed pieces, the amount of impurities within the crystals, and the amount of catalyst, graphite or other metal impurities that were present within the crystal structure.

22. The diamond crystals were then magnetically separated, which resulted in the sorting of crystals based on the level of metallic impurities found in the Chinese product.

23. The diamond crystals were subjected to a heating process that burned away impurities on the inside of the crystals.

24. Following the cleaning processes identified in paragraphs 21 through 23, the diamond crystals were crushed, as the first of several sizing processes that were performed.

25. The first of two acidic chemical cleaning treatments was performed on the diamond crystals in order to remove contaminants present on the outside of the crystals.

26. An additional alkaline solution process was also a necessary process in order to form surface features on the diamond crystals that permitted a metal coating to properly bond to the surface of the diamond crystals as required by customers for bonding onto specialized tools.

27. The diamond crystals were then processed through four sets of sieve, elutriation, sedimentation and centrifuge machines to further separate the crystals by size, followed by an

additional magnetic separation process to select for variation in crystal purity and strength as well as a vibration table to begin to separate crystals by shape and quality of the crystals, which characteristics were impacted by the presence of metal impurities within the fiber of the crystal.

28. As a further selection and sorting process, Supertek's chemists utilized a scanning electron microscope as well as high resolution image analyzers to determine whether impurities remained in the atomic structure of the diamond crystals and to examine surface features that might be beneficial for metal bonding of the crystals.

29. Supertek maintained specialized water purification systems in order to facilitate the necessary cleaning processes throughout the manufacture of the subject superabrassives.

30. The purpose of the production steps identified paragraphs 21 through 29 performed by Supertek was to remove, to the maximum extent possible, the impurities present in diamond crystals such that the resultant products were of a more consistent strength and quality level that rendered them suitable for the precision applications to which superabrasives are suited.

31. The diamond crystals were cleaned with pure water throughout the production process, that contained zero contaminants, which was critical for the success of the remaining processing steps.

32. After washing with pure water, some of the diamond crystals, those which have continued to pass through the sieve process due to their smaller sizes, were crushed in a shape milling machine in order to eliminate certain shaped crystals such as shards.

33. Following the shape milling process for fine micron sized crushed crystals, an additional grading process was performed to arrive at a highly precise micron size using two distinct processes, including proprietary technologies that had been developed by Lands and

Supertek, and which were performed multiples times in order to arrive at the micron size and grade specifications.

34. Products STK600S and STK600, being ultra-fine micron sizes and powders respectively, were subjected to further crushing and grading in order to obtain the extremely small crystal sizes with highly precise uniformity in order to render these products usable for high precision polishing and honing applications.

35. Product numbers STK126NPC, STK103N and STK126CBN were then produced using some of the crystals that were sieved at the initial grading processes and which were subjected to the alkaline solution treatment. These crystals were then coated with metal.

36. The metal coating was performed using an electrolytic procedure, involving a metallic chemical solution in order to bond the metal coating to the crystal.

37. The metal coating was necessary in order to bond the metal-coated crystals into Phenolic, polyamide, or metallic hybrid bond systems suitable for certain specific applications.

38. The metal coating process also facilitated the dissipation of heat that could result when the superabrasives were used.

39. Products STK50 and STK100S were produced using crushed crystals that were selected out through the sieve process and were subjected to several vibration table and shape milling processes in order to select crystals of appropriate shape in order to meet customer specifications.

40. The manufacturing processes in Romania took at the minimum five (5) days, and often several months to over a year in the aggregate using Lands' proprietary formula, processes, and technology.

41. The extensive manufacturing operations conducted by Supertek in Romania resulted in the

creation of superabrasives of Romanian origin.

42. When the superabrasives were used by Lands' customers they were embedded onto tools such as diamond polishing discs, grinding wheels, and lapping plates to allow for a wide array of high precision commercial grinding applications such as smoothing, chamfering, polishing, honing, and calibrating of materials, on materials such as glass, precision metal alloys for aerospace or automotive applications, or highly polished stone.

43. The diamond crystals sourced from China that were used to create the subject superabrasives could not be put to the same uses as the subject superabrasives.

44. The Romanian processing of the diamond crystals from China that were used to create the subject superabrasives changed the name and identity of the Chinese product from "industrial diamond crystals" or "raw diamond feedstock" to "superabrasives".

45. The Romanian processing of the diamond crystals sourced from China that were used to create the subject superabrasives changed the character of the Chinese product from a raw material which could be used directly for manufacturing products such as diamond saw blades into new finished products with specific uses in highly technical applications.

46. The Romanian processing of the raw diamond crystals changed the character of the diamond crystals by changing the composition of the material within the diamond crystals through the removal of metallic and catalyst material impurities that were within the fiber of the diamond crystals as they emerged from the industrial growing process.

47. The diamond crystals that were used to create the subject superabrasives had a different name, character, identity, and use than the subject superabrasives.

48. In denying Plaintiff's protest CBP agreed that the manufacturing processes performed in Romania on industrial diamond crystals from China resulted in finished superabrasives,

which were products of a different name.  *U.S. Customs and Border Protection Ruling No. HQ H317432* (April 29, 2021) (hereinafter "*H317432*").

49. The subject merchandise is a product of Romania for customs duty purposes.

50. As products of Romania, the subject superabrasives are not subject to tariffs applicable under heading 9903 HTSUS to products of China origin.

    **WHEREFORE**, plaintiff respectfully requests the Court to find that Romania is the country of origin of the subject superabrasives, and to order CBP to re-liquidate the subject entries with refunds of excess duties paid and with interest as provided by law.

                                                            Respectfully submitted,

                                                            GRUNFELD, DESIDERIO, LEBOWITZ
                                                            SILVERMAN & KLESTADT LLP
                                                            Attorneys for Plaintiff

                             By:  /s/ William F. Marshall
                                                            William F. Marshall
                                                             Robert B. Silverman
                                                             Harold M. Grunfeld
                                                             599 Lexington Avenue
                                                             36th Floor
                                                             New York, New York 10022
                                                            Tel. (212) 557-4000
                                                            wmarshall@gdlsk.com

Dated: May 27, 2022
        New York, New York