UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **LIEBER & SOLOW LTD. D/B/A LANDS SUPERABRASIVES, CO.,**<br><br>     Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>     Defendant. | Before: Claire R. Kelly, Judge<br><br>Court No. 21-00623 |

## ORDER

Upon consideration of Plaintiff's consent motion to designate Court No. 21-00623 a test case and suspend designated cases under the test case, see ECF No. 39, and pursuant to U.S. Court of International Trade Rule 83(f), it is:

**ORDERED** that Plaintiff's consent motion for test case designation and suspension is granted; and it is further

**ORDERED** that Court No. 21-00623 is designated a test case; and it is further

**ORDERED** that Lieber & Solow Ltd. DBA Lands Superabrasives, Co. v. United States, Court Nos. 21-00631 and 22-00113 are suspended under test case 21-00623.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:   December 11, 2024
             New York, New York