UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| LANDS SUPERABRASIVES, CO., | |
| Plaintiff, | Court No. 21-00623 |
| v. | |
| UNITED STATES, | |
| Defendant | |

## STATUS REPORT AND SCHEDULING ORDER

On November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys are permitted to resume their usual civil litigation functions as of November 13, 2025. Therefore, pursuant to the Court's November 5, 2025 Order, ECF No. 51, the parties have conferred and submit this joint status report and proposed scheduling order with respect to all outstanding matters. In it, the parties seek to extend the remaining dates in the scheduling order commensurate with the duration of the lapse in appropriations – approximately 43 days.

1. Dispositive motions, if any, shall be filed by April 27, 2026. A brief in response to a dispositive motion may include a dispositive cross-motion.

2. If no dispositive motions are filed, a request for trial shall be filed by May 13, 2026, and shall be accompanied by a proposed order governing preparation for trial.

3.     If necessary, trial will begin at a time and place as ordered by the Court.

Respectfully submitted,

/s/ Robert Silverman
Robert B. Silverman
Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
599 Lexington Ave., FL 36
New York, NY 10022
*Attorneys for Plaintiff*

BRETT A SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Aimee Lee
AIMEE LEE
Assistant Director

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-9240 or 9230
*Attorneys for Defendants*

November 20, 2025